UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  26-CR-1143-WQH |
| Plaintiff, | |
| v. | **ORDER** |
| TANIA VALENUELA (1) and ROBERTO ARNOLDO PARRA (2), | |
| Defendant. | |

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that the Joint Motion to Continue is granted, and Mr. Parra and Ms. Valenzuela's Motion Hearing/Trial Setting, currently scheduled for May 18, 2026, is rescheduled to **June 29, 2026, at 9:00 a.m.**

Time is excluded under the Speedy Trial Act due to the existing pretrial motion and under the ends of justice. 18 U.S.C. § 3161(h)(1)(D), (7). The ends of justice served by granting the requested continuance outweigh the best interest of the public and defendant in a speedy trial.

Dated:  May 11, 2026

Hon. William Q. Hayes
United States District Court