**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No.: 26CR1143-WQH |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER DISMISSING THE INFORMATION AS TO TANIA VALENZUELA, AKA TONIA VALENZUELA** |
| v. | |
| TANIA VALENZUELA (1), aka Tonia Valenzuela, | |
| Defendant. | |

Based upon the Motion to Dismiss the Information Without Prejudice, and for the reasons set forth therein, and for good cause appearing, IT IS HEREBY ORDERED THAT:

The United States' Motion to Dismiss is GRANTED (ECF No. 40), and the Information is dismissed without prejudice as to Tania Valenzuela, aka Tonia Valenzuela. This case remains open as to Defendant #2, Roberto Arnoldo Parra.

DATED: 6/25/26

*William Q. Hayes*
_____
HONORABLE WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE